# BakerHostetler

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 24, 2025

Jonathan B. New

direct dial: 212.589.4650
jnew@bakerlaw.com

**VIA ECF**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

Re:   *United States v. Anthony Sirotka*, Case No. 1:21-cr-00454-CM

Dear Judge McMahon:

We write on behalf of our client, Anthony Sirtoka, to request permission for Mr. Sirotka to travel to Washington D.C. to attend a wedding on Friday, November 7, 2025, returning to New York on Sunday, November 9, 2025. Mr. Sirotka has been fully compliant with the conditions of his pretrial supervision and, if permitted to travel, he will provide his full itinerary to his pretrial services officer prior to departure.

Mr. Sirotka's pretrial services officer and AUSA James McMahon do not object to this request.

Respectfully submitted,

*Jonathan New*

Jonathan B. New

cc:   All Counsel of Record via ECF

MEMO ENDORSED 10/27/25

Defendant may travel as requested herein.

*Colleen McMahon*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/25

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington