

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 29, 2026

Hon. Colleen McMahon
United States District Court
500 Pearl Street
New York, NY  10007

      Re:    United States v. Palleschi, et al.
             <u>21 Cr. 454 (CM)</u>

Dear Judge McMahon:

      I write to ask the Court to unseal the transcript of defendant Anthony Sirotka's guilty plea hearing.  The defendant pleaded guilty before Judge Moses on June 5, 2023.  Judge Moses sealed the transcript at the Government's request because the defendant was cooperating.  Sirotka's cooperation is now complete and this Court sentenced him primarily to time served on November 12, 2025.

      The Securities & Exchange Commission has brought a parallel civil case against Sirotka. It has asked for access to the plea transcript so it can develop, and obtain approval for, a possible settlement of that case.  Sirotka's counsel has advised me that it takes no position on this issue.

      Accordingly, I ask that the transcript of Sirotka's guilty plea hearing on June 5, 2023 be unsealed.  Thank you for considering this request.

                    Very truly yours,

                    JAY CLAYTON
                    United States Attorney

                          /s

By:    _____

                    James McMahon
                    Assistant United States Attorney
                    (914) 993-1936

cc:  Jonathan New, Esq.
     (by ECF)